# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SOUTHWEST STAGE FUNDING, LLC, § § *Plaintiff,* § v. § § SHANE MOORE, *et al.*, § § *Defendants.* § § | Civil Action No. 4:24-cv-00629 Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND FINAL DEFAULT JUDGMENT

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #25) that Plaintiff Southwest Stage Funding, LLC's Motion for Default Judgment (Dkt. #24) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Southwest Stage Funding, LLC's Motion for Default Judgment (Dkt. #24) is hereby **GRANTED.**

The court hereby enters judgment in favor of Southwest Stage Funding, LLC dba Cascade Financial Services that defendants Shane Moore and Defendant Mona Shahid jointly and severally owe a debt of $142,848.04 as of March 6, 2025, and accruing interest at the rate of 6.625% per annum until the entry of final judgment, which is secured by the Property. Such debt **SHALL** continue to accrue interest at the rate set by 28 U.S.C. § 1961(a) from entry of final judgment until

the sale described in the following paragraphs is executed. If prior to the date the sale described in the following paragraphs is executed, Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services is required to advance money to protect its interest in the Property, including but not limited to post-judgment advances for property taxes and insurance, property preservation costs, post-judgment attorneys' fees and costs and post-judgment bankruptcy fees and costs, Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services or its attorney **SHALL** certify by affidavit to the Clerk and the amount adjudged herein **SHALL** be increased by the amount of such advances.

**IT IS FURTHER ORDERED** that the United States Marshal **SHALL**, in full satisfaction of the sums adjudged in this Order, sell the Property at a public auction to the highest bidder for cash according to the terms and conditions set forth below:

a. The public auction **SHALL** be held in the location for foreclosure sales as ordered by the Grayson County, Texas Judge;

b. The public auction **SHALL** occur on or after November 3, 2025, as determined by the United States Marshal;

c. After the date and time for the public auction have been determined by the United States Marshal, Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services **SHALL** send, via USPS certified mail, return receipt requested, a notice of sale indicating the date, time, place, and manner of the public auction to:

Shane Moore
4663 FM 31 S
Carthage, Texas 75633

Shane Moore
112 Terri Drive
Collinsville, TX 76233

Mona Shahid
4663 FM 31 S
Carthage, Texas 75633

Mona Shahid
112 Terri Drive
Collinsville, TX 76233

The Secretary of Housing and Urban Development
451 7th Street SW
Washington, D.C. 20410

The United States of America
c/o Civil Process Clerk Office of the United States Attorney
for the Eastern District of Texas
110 North College, Suite 700 Tyler, Texas 75702

d. Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services **SHALL** also announce the date, time, place and manner of the public auction in the Herald Democrat and www.texaspublicnotices.com for four (4) consecutive weeks prior to the public auction date. These advertisements **SHALL** contain the Property's address as well as the legal description of same;

e. Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services **SHALL** be responsible for payment of the expenses associated with administering the public auction, and the United States Marshal **SHALL** deduct out of the proceeds of the sale herein described its reasonable fees for conducting such sale;

f. If Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services is the successful bidder, its bid **SHALL** constitute a credit against the amount owed by Defendants Moore and Shahid under the Note; and

g. The sale **SHALL** be subject to confirmation by the Court, and upon confirmation and receipt of the full purchase price of such sale, the United States Marshal **SHALL** execute and deliver a deed conveying the Property "as is" to the successful bidder.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL** issue a Writ of Execution, pursuant to Federal Rule of Civil Procedure 70, authorizing the United States Marshal to take possession and control of the Property pending the sale herein described. All persons occupying the Property **SHALL** turn over all keys to the Property to the United States Marshal or a representative of the same. All persons **SHALL** vacate the property permanently within 30 days from the date of this Order, each taking with them his or her personal property (but leaving all improvements, buildings, fixtures, and appurtenances to the Property). If any person fails or refuses to leave and vacate the Property by the time specified in this Order, the United States Marshal is authorized and directed to take all actions that are reasonably necessary to bring about the ejectment of those persons. If any person fails or refuses to remove his or her personal property from the Property by the time specified herein, the personal property remaining on the Property thereafter is deemed abandoned, and Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services is authorized to remove it and to dispose of it in any manner authorized by law.

**IT IS FURTHER ORDERED** that after the sale is confirmed by the Court, the United States Marshal **SHALL** distribute from the proceeds of the sale, as far as they are sufficient and after the United States Marshal has deducted its reasonable fees for conducting the sale, the amount adjudged herein in favor of Plaintiff Southwest Stage Funding, LLC dba Cascade Financial Services to it, and thereafter to the Department of Housing and Urban Development all amounts due and owing under that one certain mortgage executed by Defendant Shane Moore and

Defendant Mona Shahid, and which was filed and recorded in the official real property records of Grayson County, Texas on May 16, 2023, as 2023-12601. Any balance remaining after these payments **SHALL** be delivered to the Clerk of the Court who **SHALL** hold any such balance until further order of the Court.

    **IT IS SO ORDERED**.

    **SIGNED this 17th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE